# FRIEDMAN, JAMES & BUCHSBAUM LLP

ATTORNEYS AT LAW
132 NASSAU STREET
SUITE 900
NEW YORK, NY 10038

(212) 233-9385
FAX (212) 619-2340
www.friedmanjames.com

BERNARD D. FRIEDMAN
JOHN P. JAMES
ANDREW V. BUCHSBAUM

NEW JERSEY OFFICE
21 KILMER DRIVE, SUITE G
MORGANVILLE, NJ 07751

October 12, 2018

**VIA ECF**

The Honorable James Orenstein
United States Magistrate Judge
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: **Kerley v. Sterling Equipment, Inc.**
       **17 CV-5717 (JBW)(JO)**

Dear Judge Orenstein:

  We represent plaintiff, Anthony Kerley, in the captioned action and write jointly with Edward P. Flood, Esq. of Lyons & Flood, LLP, attorneys for defendant, Sterling Equipment, Inc. We write to advise the court that parties have settled the action. Accordingly, we attach hereto a proposed thirty day Order and Stipulation of Dismissal dated October 11, 2018 for the Court's consideration and approval.

  Thank you.

            Respectfully,

            FRIEDMAN, JAMES & BUCHSBAUM LLP

            John P. James

JPJ:kk

The Honorable James Orenstein
United States Magistrate Judge
United State District Court
Eastern District of New York
October 12, 2018
Page 2

cc: Lyons & Flood, LLP
 Attorneys for Defendant
 Edward P. Flood, Esq.
 [via e-mail: eflood@lyons-flood.com]
 Martin R. West II, Esq.
 [via e-mail: mwest@lyons-flood.com]

FRIEDMAN, JAMES & BUCHSBAUM LLP
Attorneys for Plaintiff
John P. James
132 Nassau Street, Suite 900
New York, NY 10038
(212) 233-9385

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ANTHONY KERLEY,                                17 CV-5717 (JBW)(JO)

                   Plaintiff,

                                                                                             **ORDER AND**
         -against-                                    **STIPULATION OF DISMISSAL**

STERLING EQUIPMENT, INC.,

                   Defendant.
---------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of record for the parties in the captioned action that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure the captioned action having been settled, it be and hereby is dismissed with prejudice, but without costs to any party; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that if the settlement is not fully consummated within thirty (30) days of entry of the within Stipulation and Order of Dismissal on the Court's docket, any party may apply for restoration of the action to the Court's docket, including for purposes of enforcing the settlement.

Dated: New York, New York
October 11, 2018

                              **FRIEDMAN, JAMES & BUCHSBAUM LLP**
                              Attorneys for Plaintiff

By:

                              /S/   John P. James
                              John P. James
                              132 Nassau Street, Suite 900
                              New York, NY 10038
                              (212) 233-9385
                              jjames@friedmanjames.com


                              **LYONS & FLOOD**
                              Attorneys for Defendant

By:

                              /S/ Edward P. Flood
                              Edward P. Flood
                              One Exchange Plaza
                              55 Broadway, Suite 1501
                              New York, NY 10006
                              (212) 594-2400
                              eflood@lyons-flood.com


**S O  O R D E R E D :**

_____
U.S.D.J.